UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

S.A.T., a minor by her mother            )
CONSUELO ARVIZU,                         )
                                         )
                 Plaintiff,              )
                                         )        No. 1:16-cv-0627-DKL-WTL
         vs.                             )
                                         )
CAROLYN W. COLVIN, Acting                )
Commissioner of Social Security,         )
                                         )
                 Defendant.              )

*Judgment*

The Court, having made its *Entry on Judicial Review*, now orders, adjudges, and

decrees that this action is **reversed and remanded** to the Commissioner of Social Security

pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with

the *Entry on Judicial Review*.

        DATED:  1/24/2017

                                         *Denise K. LaRue*
                                         Denise K. LaRue
                                         United States Magistrate Judge
                                         Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____
        Deputy Clerk, U.S. District Court

Electronic distribution to counsel of record